

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 922(g)(1) |
| VERSUS | * | 18 U.S.C. § 924(d)(1) |
| | * | 28 U.S.C. § 2461(c) |
| ARTHUR JAMES JONES AKA | * | |
| BUTCH JONES | * | 6:24-cr-00006-01 |
| | | Judge Hicks |
| | | Magistrate Judge Whitehurst |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### Possession of Firearm by a Prohibited Person

On or about the 9th day of July, 2023, in the Western District of Louisiana, the defendant, ARTHUR JAMES JONES AKA BUTCH JONES, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm described as a Remington, Model M1911A, .45 caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) [18 U.S.C. § 922(g)(1) and 924(a)(8)].

### FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant, ARTHUR JAMES JONES AKA BUTCH JONES shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including the Remington, Model M1911A, .45 caliber, semi-automatic pistol.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY [Redacted]

BRANDON B. BROWN
United States Attorney

By: *For: /s/* _____
LAUREN L. GARDNER (LA# 30595)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 362-6618